IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:08CV411 |
| Plaintiff, | : | Judge: Thomas M. Rose |
| v. | : | |
| 2000 MERCEDES 500SL VIN#WDBFA68F4YF191027 | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS**

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related United States District Court criminal prosecution against Jamie A. Harris (<u>United States v. Jamie A. Harris</u> 3:08-CR-00128) on the grounds that civil discovery would adversely affect the outcome of the related criminal prosecution.

The Court hereby finds that civil discovery would adversely affect the investigation and criminal prosecution of a related criminal case.

THEREFORE, it is HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and this case, including all civil discovery shall be stayed until further order of this Court.

The United States shall file quarterly Status Reports until the completion of this civil proceeding.

s/Thomas M. Rose
_____
JUDGE THOMAS M. ROSE
United States District Judge